IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:18-CR-113-FL-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| MARVIN RASHAD THOMPSON, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on defendant's motion for early termination of supervised release. (DE 50). Upon review of the motion, the response by the government, and the record in this case, defendant has not demonstrated good cause for early termination of supervised release. Based on the nature of the offenses of conviction, defendant's criminal history including violent offenses, and the reasons for imposition of supervised release, completion of the full term of supervised release is required. Defendant's completion of two years of supervised release in good standing is consistent with the court's expectations at sentencing. While the court recognizes the additional burdens supervision places on defendant's employment highlighted by defendant in his motion, these are outweighed by the factors warranting supervision. See 18 U.S.C. § 3553(a). Therefore, defendant's motion is DENIED.

SO ORDERED, this the 27th day of July, 2023.

_____
LOUISE W. FLANAGAN
United States District Judge